# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENNETH DEMARIO McCLAIN

NO. 2022 KW 0620

**AUGUST 16, 2022**

---

In Re:   Kenneth Demario McClain, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 07-CR2-97401.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT GRANTED IN PART; DENIED AS MOOT IN PART.**  We have been advised by the Clerk of Court of Washington Parish that the district court granted relator's Motion for Production of Documents, but the district court is waiting on the transcripts from the court reporter to include in the documents to be sent to relator.  The district court is **ORDERED** to direct the court reporter for Division A to prepare the transcript of relator's guilty plea and sentencing in case number 07-CR2-97401 and file the transcript(s) with the Clerk of Court for the 22nd Judicial District Court, Parish of St. Tammany, on or before September 12, 2022.  The Clerk of Court is then ordered to forward said transcript(s) to relator on or before September 19, 2022, if it has not already done so.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT